```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

CARMA THOMPSON                              CIVIL ACTION

VERSUS                                      NO: 07-8755

ALLSTATE INSURANCE COMPANY                  SECTION: "J"(2)
```

### ORDER

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion.  No memorandum in opposition to Defendant Allstate Insurance Company's **Motion for Summary Judgment (Rec. Doc. 10)**, set for hearing on July 9, 2008 was submitted timely.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Defendant Allstate Insurance Company's **Motion for Summary Judgment (Rec. Doc. 10)** is **GRANTED** and that all claims against Defendant Allstate Insurance Company are dismissed with prejudice at Plaintiffs' costs.

A motion for reconsideration of this order based on the

appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  See Fed. R. Civ. P. 16.

   New Orleans, Louisiana, this 5th day of August, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE